UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:19-mj-00238-JCN |
| | ) | |
| BARRY E. GRANT | ) | |

## ORGANIZATIONAL DISCLOSURE STATEMENT
### (RULE 12.4(a)(2))

The following organization is a victim of the offenses alleged in the Complaint in this case: C. N. Brown Company, doing business under the assumed name The Big Apple.

1. C. N. Brown Company is a business corporation formed under the laws of the State of Maine. The Big Apple is an assumed name for C. N. Brown Company. Based on state records and information received from the corporation's registered agent, the government understands C. N. Brown Company to be a closely held corporation. It has no parent corporation, and is not owned in any part by a publically held corporation.

Date: July 30, 2019

HALSEY B. FRANK
United States Attorney

/s/CHRIS RUGE
Chris Ruge
Assistant United States Attorney

UNITES STATES DISTRICT COURT
DISTRICT OF MAINE

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 30, 2019, I electronically filed this document(s) with the Clerk of Court using the CM/ECF system and separately provided a copy of the document via electronic mail to the following:

JEFFREY SILVERSTEIN, ESQ.
silversteinlaw.jms@gmail.com

                                        HALSEY B. FRANK
                                        United States Attorney

                                        /s/CHRIS RUGE
                                        Chris Ruge
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        202 Harlow Street, Suite 111
                                        Bangor, ME 04401
                                        (207) 945-0373
                                        chris.ruge@usdoj.gov