# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:19-mj-00238-JCN |
| | ) | |
| BARRY E. GRANT | ) | |

## **MOTION FOR DETENTION**

The United States moves for pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142. The United States requests that such order be conditional, to take effect when and if the defendant is released from his current pretrial detention on separate state charges.

1. Eligibility of Case. This case is eligible for a detention order because the case involves (check all that apply):

    \_\_\_ Conditions requiring a temporary detention order (18 U.S.C. § 3142(d))

    _X_ Crime of violence

    \_\_\_ Maximum sentence life imprisonment or death

    \_\_\_ 10+ year drug offense

    \_\_\_ Felony, with two prior convictions in above categories

    _X_ Felony involving a minor victim, a firearm, destructive device or dangerous weapon or failure to register as a sex offender

    _X_ Serious risk defendant will flee

    _X_ Serious risk obstruction of justice

2. Reasons for Detention:

    i. Temporary Detention.

    _____

    _____

ii. Other than Temporary Detention. The court should detain the defendant because there are no other conditions of release which will reasonably assure (check one or both):

  _X_ Defendant's appearance is required

  _X_ Safety of any other person and the community

3. Date of Detention Hearing. The United States requests that the detention hearing be held after a continuance of _3_ days.

4. Length of Detention Hearing. The United States will require _1/2_ hour to present its case for detention.

Date: August 4, 2019

HALSEY B. FRANK
UNITED STATES ATTORNEY

/s/Chris Ruge
Assistant United States Attorney
United States Attorney's Office
202 Harlow Street
Bangor, ME 04401
(207) 945-0373
chris.ruge@hotmail.com

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2019, I electronically filed the MOTION FOR DETENTION with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Jeffrey Silverstein, Esq.

HALSEY B. FRANK
United States Attorney

/s/ Chris Ruge, Esq.
Assistant United States Attorney
United States Attorney's Office
202 Harlow Street, Suite 111
Bangor, ME 04401
(207) 945-0373
chris.ruge@usdoj.gov